UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:16-cv-85-RLV
(5:14-cr-18-RLV-1)

| | |
|---|---|
| BRENDA WYATT TRIPLET, )<br>)<br>   Petitioner, )<br>)<br>   vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>   Respondent. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court on Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. (Doc. No. 1.) Petitioner seeks relief under Johnson v. United States, 135 S. Ct. 2551 (2015). She also seeks a reduction in her sentence under United States Sentencing Guideline § 3B1.2. (Doc. No. 2.)

On November 17, 2015, the judges of this Court issued a Standing Order appointing the Federal Defenders of Western North Carolina to represent any defendant who was previously determined to have been entitled to appointment of counsel, or who is now indigent, to determine if that defendant is eligible for relief under Johnson. Standing Order in re: Johnson v. United States, No. 3:13-mc-00196-FDW (W.D.N.C. Nov. 17, 2015). Petitioner was previously determined to be indigent.

Petitioner appears to fall within the purview of this Court's Standing Order. The Court will allow the Federal Defender sixty (60) days to review Petitioner's case to determine if she is eligible for relief under Johnson, and/or Sentencing Guideline § 3B1.2.

**IT IS, THEREFORE, ORDERED** that no later than sixty (60) days from entry of this

1

Order, the Federal Defenders of Western North Carolina shall file a supplement to Petitioner's motion to vacate *or* notice that it does not intend to file a supplement.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide a copy of this Order to Petitioner and the Federal Defenders of Western North Carolina.

Signed: October 7, 2016

Richard L. Voorhees
United States District Judge